Gertrude Weingarten, Respondent, v. Andrew L. Bouthellet and Jean C. Bouthellet, Appellants.— Action upon a past due promissory note. The defense interposed was that the claim had been duly listed in bankruptcy proceedings and that the defendants were duly discharged from the debt in suit. Order granting plaintiff's motion for summary judgment under rule 113, Rules of Civil Practice, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

## (February 21, 1939.)

In the Matter of the Application of Peter F. Curran for Admission to Practice as an Attorney and Counselor at Law. (From the State of Massachusetts.) — Application granted.  Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of George Needham Dale for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of Ralph M. McDermid for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of Sidney Moritz, Jr., for Admission to Practice as an Attorney and Counselor at Law. (From the State of California.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of John T. Quisenberry for Admission to Practice as an Attorney and Counselor at Law. (From the State of Illinois.) — Application granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

## (February 28, 1939.)

Benny Biskar, Appellant, v. The Century Indemnity Co., Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.